IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

XAVIER ARSENIO JOHNSON,

       Petitioner,

v.                                    Case No.  5D18-1587

STATE OF FLORIDA,

       Respondent.

_____/

Opinion filed June 1, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Robert Wesley, Public Defender, Orlando
and Robert Thompson Adams, Assistant
Public Defender, Orlando, for Petitioner.

No appearance for Respondent.


PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 29, 2018 order denying motion for postconviction relief rendered in Case No. 12-CF-005009-A-O, in the Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).


PETITION GRANTED.


SAWAYA, EDWARDS and EISNAUGLE, JJ., concur.